UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clarence Willis, Jr., Lois E. Willis,

        Plaintiffs,            Civil No. 06-3298 (RHK/AJB)

vs.                           **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Homecomings Financial, JP Morgan Chase Bank,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: September 26, 2006

                                                            s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge